IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>GLAMOUR SERVICES, LLC, a Illinois Limited Liability Company; AWE STRUCK, INC., an Illinois Corporation; and MATTHEW GLAMKOWSKI, individually and in his capacity as Manager of Glamour Services, LLC and as President of Awe Struck, Inc.,<br><br>Defendants. | Civil Action Number: 2019-4236<br><br>Judge Steven Seeger<br><br>Magistrate Judge Gabriel Fuentes |

## **MOTION FOR ENTRY OF JUDGEMENT**

The Plaintiff, the People of the State of Illinois, by Kwame Raoul, Illinois Attorney General, filed a complaint for permanent injunction and other equitable relief against Defendants Glamour Services, LLC ("Glamour"); Awe Struck, Inc. ("Awe Struck"); and Matthew Glamkowski, as an individual and in his capacity as manager for Glamour and as president of Awe Struck.

Plaintiff and Defendants, having reached settlement and submitted their Stipulated Findings and Conclusions in Support of Settlement to this Court, hereby move this Court for entry of a Final Judgment, attached hereto as Exhibit 1, against Defendants Glamour Services, LLC ("Glamour"); Awe Struck, Inc. ("Awe Struck"); and Matthew Glamkowski, as an individual and in his capacity as manager for Glamour and as president of Awe Struck.

Dated: December 19, 2019            Respectfully submitted,

                                                THE PEOPLE OF THE STATE OF ILLINOIS,
                                                by KWAME RAOUL,

Illinois Attorney General

BY: */s/ Agnes Ptasznik*
AGNES PTASZNIK, Assistant Attorney General
Illinois Attorney General - Consumer Fraud Bureau
100 W. Randolph St., 12th Floor
Chicago, IL 60601
(312) 814-4217
APtasznik@atg.state.il.us

Attorney for Plaintiff


BY: */s/ Matt Glamkowski*
Matthew Glamkowski
235 Pleasant Plains Dr.
St. Charles, IL 60175
*glamourservices@sbcglobal.net*
As an individual and in his capacity as manager for Glamour and as president of Awe Struck.