IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS,<br><br>                     Plaintiff,<br><br>     v.<br><br>GLAMOUR SERVICES, LLC, a Illinois Limited Liability Company; AWE STRUCK, INC., an Illinois Corporation; and MATTHEW GLAMKOWSKI, individually and in his capacity as Manager of Glamour Services, LLC and as President of Awe Struck, Inc.,<br><br>                     Defendants. | Civil Action Number: 2019-4236<br><br>Judge Steven Seeger<br><br>Magistrate Judge Gabriel Fuentes |

## **JUDGEMENT**

Pursuant to Federal Rule of Civil Procedure 58, this Court orders as follows:

## **DAMAGES**

1.     The Court enters a judgment in favor of the Plaintiff and against the Defendants, jointly and severally, for damages in the amount of Twenty Thousand Dollars ($20,000) as agreed damages for the benefit of the consumers appearing on the list attached as Exhibit A.

2.     Defendants may satisfy the Twenty Thousand Dollars ($20,000) ordered payment by delivering a single or multiple payments to the Illinois Attorney General in the form of a cashier's check, certified check, or money order made payable to the "Attorney General's Consumer Trust Account." Payment may be mailed or hand-delivered to the attention of Carlee Swanson, Office of the Attorney General of Illinois, Consumer Fraud Bureau, 100 W. Randolph Street, 12th Floor, Chicago, Illinois 60601. Upon receipt of the full Twenty Thousand Dollars ($20,000) payment, that amount shall be disbursed by the Office of the Attorney General and

distributed to the named consumers in the amounts stated on the list on Exhibit A. Defendants shall not be entitled to any further accounting regarding these funds.

## RESTITUTION

3.  The Court further enters a judgment in favor of the Plaintiff and against the Defendants, jointly and severally, for restitution in the amount of Seven Thousand One Hundred Twenty Six Dollars and Twenty Five Cents ($7,126.25) for the benefit of the consumers appearing on the list attached hereto as Exhibit B.

4.  Defendants shall tender said amount in restitution to the Illinois Attorney General in the form of a cashier's check, certified check, or money order made payable to the "Attorney General's Consumer Trust Account," provided the full $7,126.25. Payment shall be mailed or hand-delivered to the attention of Carlee Swanson, Office of the Attorney General of Illinois, Consumer Fraud Bureau, 100 W. Randolph Street, 12th Floor, Chicago, Illinois 60601. Upon receipt of payment, restitution shall be disbursed by the Office of the Attorney General from the fund and distributed to the named consumers in the amounts stated on the list attached hereto as Exhibit B. Defendants shall not be entitled to any further accounting regarding these funds.

## CIVIL PENALTY

5.  The Court further enters a judgment in favor of the Plaintiff and against the Defendants, jointly and severally, for a civil penalty in the amount of Ten Thousand Dollars ($10,000) as pursuant to the Consumer Fraud Act, 815 ILCS 505/7.

6.  Payment shall be in the form of a cashier's check, certified check, or money order made payable to the "Office of the Illinois Attorney General." Payment shall be mailed or

hand-delivered to the attention of Carlee Swanson, Office of the Illinois Attorney General, 100 W. Randolph Street, 12th Floor, Chicago, Illinois 60601. Defendants shall not be entitled to any further accounting regarding these funds.

So Ordered.

**ENTERED:**

_____
Judge Steven Seeger          Date